UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

           -against-

Dan Ying Gao

                                 Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 MA -CR-   ( ) ( )

Defendant **Dan Ying Gao** hereby voluntarily consents to participate in the following proceeding via  x  videoconferencing or  x  teleconferencing:

**X**  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

**X**  Bail/Detention Hearing

**X**  Conference Before a Judicial Officer


/s/ Dan Ying Gao
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Dan Ying Gao**
Print Defendant's Name

/s/ David S. Greenfield
Defendant's Counsel's Signature

**David S. Greenfield**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/22/2020
Date

_____
JAMES L. COTT
United States Magistrate Judge